UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | | |
|---|---|---|
| JAMES BASSETT | ) | Case No. 1:22-cv-5-GNS |
| | ) | ELECTRONICALLY FILED |
| PLAINTIFF | ) | |
| vs. | ) | |
| | ) | |
| ROBBIE BLACKBURN and | ) | |
| FEDERAL EXPRESS CORPORATION | ) | Removed from: |
| | ) | Simpson Circuit Court |
| DEFENDANTS | ) | Case No. 21-CI-00350 |

## NOTICE OF REMOVAL

Come the Defendants, FedEx Freight, Inc., incorrectly named in the Complaint as Federal Express Corporation (hereinafter "FedEx Freight") and Robbie Blackburn, by counsel, and for their Notice of Removal of this action from the Simpson Circuit Court, to the United States District Court for the Western District of Kentucky, Louisville Division, and states as follows:

1. On December 28, 2021, the Plaintiff James Bassett filed a Complaint in Simpson Circuit Court, as Civil Action No. 21-CI-00350. Copies of all process and pleadings in the state court action are attached hereto as Exhibit A in accordance with 28 U.S.C. §1446(a).

2. FedEx was served on or about January 3, 2022.

3. The summons was issued to Robbie Blackburn on or about December 28, 2021. He has not yet been served, and he consents to removal.

3. Plaintiff James Bassett is and was at all times relevant hereto, including at the time of the filing of this notice of removal, and at the commencement of the state court action, a citizen and resident of Boone County, Missouri.

4. Defendant FedEx Freight, Inc. is and was at all times relevant hereto, including at the time of the filing of this notice of removal, and at the commencement of the state court action, incorporated and existing under the laws of the State of Arkansas and having its principal place of business located at 8285 Tournament Drive Building C, Memphis, Tennessee 38125. Therefore, FedEx Freight, Inc., is a citizen of Arkansas and/or Tennessee.

5. Defendant Robbie Blackburn is and was at all times relevant hereto, including at the time of the filing of this notice of removal, and at the commencement of the state court action, a citizen and resident of Dekalb County, Tennessee.

6. Based on the allegations raised in the Complaint, the Plaintiff James Bassett is seeking in excess of $75,000.00, exclusive of interest and costs, based on the following:

   a. Plaintiff has been caused to undergo mental and physical pain and suffering both of a temporary and permanent nature all to his damage in a sum to be determined by a jury sitting in the trial of this matter;

   b. Plaintiff has been caused to expend sums of money for hospital, medical and other rehabilitation expenses and will be caused to expend such sums of money in the future in an amount to be determined by a jury sitting in the trial of this matter;

   c. Plaintiff incurred loss of his ability to lead and enjoy a normal life, all to his damage, in a sum to be determined by a jury sitting in the trial of this matter; and

   d. Plaintiff has incurred lost wages and his ability to earn income has been impaired in a sum to be determined by a jury sitting in the trial of this matter.

*See Plaintiff's Complaint, paragraph 9 (a) (b) (c) and (d)*.

7. This action is one over which the Court has original jurisdiction under 28 U.S.C. §1332(a)(1), and is one which the Defendant may remove to this Court under 28 U.S.C. §1441(a), because this is an action between citizens of different states, and

the amount in controversy exceeds $75,000.00.

8. This Notice of Removal is filed within thirty (30) days of service on Defendant of the initial pleading and summons, as required by 28 U.S.C. §1446(b).

9. This Notice of Removal is filed within one year of the commencement of the state court action, which was filed on or about December 28, 2021, as required by 28 U.S.C. §1446(c).

Respectfully Submitted,

/s/ Gene F. Zipperle, Jr.
GENE F. ZIPPERLE, JR.
KALENGA B. MAWEJA
WARD, HOCKER & THORNTON, PLLC
Hurstbourne Place, Suite 700
9300 Shelbyville Road
Louisville, Kentucky 40222
(502) 583-7012
(502) 583-7018 (Fax)
*Counsel for Defendant FedEx Freight, Inc.*

## CERTIFICATE

I hereby certify that on the 11th day of January, 2022, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF System, and the foregoing document was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in the case by electronic mail including:

Kelli Lester
Morgan & Morgan, Kentucky PLLC
360 East 8th Avenue, Suite 411
Bowling Green, KY 42101
Telephone: (270) 495-6799
Facsimile: (270) 495-6836
Email: klester@forthepeople.com
*Counsel for Plaintiff*

/s/ Gene F. Zipperle, Jr.
GENE F. ZIPPERLE, JR.
KALENGA B. MAWEJA
*Counsel for FedEx Freight, Inc.*
