COMMONWEALTH OF KENTUCKY
SIMPSON CIRCUIT COURT
CIVIL ACTION NO. 21-CI-___
*Electronically Filed*

JAMES BASSETT                                                                  PLAINTIFF

v.

ROBBIE BLACKBURN                                                               DEFENDANTS
    Serve: Robbie Blackburn
          3498 Woodbury Hwy
          Liberty, TN 37095

and

FEDERAL EXPRESS CORPORATION
    Serve: CT Corporation System
          306 W. Main St, Suite 512
          Frankfort, KY 40601

## COMPLAINT

The Plaintiff, James Bassett, for his Complaint against the Defendants, Robbie Blackburn and Federal Express Corporation, states as follows:

### PARTIES

1. The Plaintiff, James Bassett, is a resident of the State of Missouri, residing at 708 West Blvd N, Columbia, Boone County, Missouri.

2. The Defendant, Robbie Blackburn, is a resident of the State of Tennessee, residing at 3498 Woodbury Hwy, Liberty, DeKalb County, Tennessee.

3. The Defendant, Federal Express Corporation, is a Foreign Corporation incorporated in Delaware and doing business in Kentucky, whose principal office is located at 942 South Shady Grove Road, Memphis, TN 38120, and which designated CT Corporation System as its registered agent for service of process in the Commonwealth of Kentucky.



*EXHIBIT A*

Filed          21-CI-00350          12/28/2021          Beth A. Fiss, Simpson Circuit Clerk

4. The incident which forms the basis of this litigation occurred on March 24, 2021, in Franklin, Simpson County, Kentucky.

5. The amount in controversy exceeds the minimum amount necessary to establish jurisdiction of this Court.

## COUNT I
## COMMON LAW NEGLIGENCE

6. On or about March 24, 2021, in Franklin, Simpson County, Kentucky, Defendant Robbie Blackburn operated his vehicle in a negligent, careless and reckless manner causing it to collide with a vehicle operated by James Bassett.

7. The collision referred to in Paragraph 6 was the result of the negligence of Defendant, Robbie Blackburn.

8. Defendant Blackburn was within the scope and course of his employment with Defendant Federal Express Corporation, on the date and time of the subject wreck. Thus, Defendant Federal Express Corporation, is vicariously liable for the negligence of Defendant Blackburn and the resulting damages.

9. As a direct and proximate result of the negligence and carelessness of Defendants, Robbie Blackburn and Federal Express Corporation, as heretofore alleged, the Plaintiff, James Bassett, was caused to sustain personal injuries, both of a temporary and permanent nature to his person as a whole, resulting in the following damages:

(a) Plaintiff has been caused to undergo mental and physical pain and suffering both of a temporary and permanent nature all to his damage in a sum to be determined by a jury sitting in the trial of this matter;

Filed          21-CI-00350          12/28/2021          Beth A. Fiss, Simpson Circuit Clerk

(b) Plaintiff has been caused to expend sums of money for hospital, medical and other rehabilitation expenses and will be caused to expend such sums of money in the future in an amount to be determined by a jury sitting in the trial of this matter; and

(c) Plaintiff incurred loss of his ability to lead and enjoy a normal life, all to his damage, in a sum to be determined by a jury sitting in the trial of this matter.

(d) Plaintiff has incurred lost wages and his ability to earn income has been impaired in a sum to be determined by a jury sitting in the trial of this matter.

## COUNT II
## STATUTORY NEGLIGENCE

10. Defendants, Robbie Blackburn and Federal Express Corporation's actions constitute violations of various sections and subsections of the Kentucky Revised Statutes; including, but not limited to KRS 189.290(1) and 189.390(2) and constitute negligence per se pursuant to KRS 446.070 and Kentucky case law.

11. The injuries sustained by Plaintiff, James Bassett, are of the type which these statutes seek to prevent and that such injuries were proximately caused by Defendants, Robbie Blackburn and Federal Express Corporation's violation of these statutes.

12. As a direct and proximate result of Defendants, Robbie Blackburn and Federal Express Corporation's violations of Kentucky law, Plaintiff, James Bassett, sustained the injuries and damages itemized in COUNT I, which is incorporated by reference as if set forth in COUNT II.

**WHEREFORE**, Plaintiff, James Bassett, demands judgment against Defendants Robbie Blackburn and Federal Express Corporation as follows:

A. A trial by jury on all issues of fact herein;



B. Compensatory damages against the Defendants in a fair and reasonable amount to be determined by a jury sitting at the trial of this matter, but in an amount sufficient to confer jurisdiction on this Court;

C. For prejudgment interest from the date of the Plaintiff's injuries until such time the judgment is paid;

D. For Plaintiff's costs herein expended; and

E. For any and all other relief to which the Plaintiff is entitled.

## CERTIFICATION

This is to certify that pursuant to KRS 411.188(2), the undersigned attorneys have notified by certified mail all of those parties believed to possibly hold subrogation rights to any award received by the Plaintiff as a result of this action and that the failure to assert subrogation rights by intervention, pursuant to Kentucky Civil Rule 24, or otherwise will result in a loss of those rights with respect to any final award received by the Plaintiff as a result of this action.

The parties notified are as follows:

Paradigm Specialty Networks
PO Box 7453
Wayne, PA 19087

**RESPECTFULLY** submitted this 28th day of December, 2021.

/s/ Kelli Lester
Kelli Lester
Morgan & Morgan, Kentucky PLLC
360 East 8th Avenue, Suite 411
Bowling Green, KY 42101
Telephone: (270) 495-6799
Facsimile: (270) 495-6836
Email: klester@forthepeople.com