UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| JAMES BASSETT                    ) | Case No. 1:22-cv-00005-GNS-HBB |
| )                                | ELECTRONICALLY FILED |
| PLAINTIFF )                      | |
| vs.                           )  | |
| )                                | |
| ROBBIE BLACKBURN and          )  | |
| FEDEX FREIGHT INC.            )  | |
| DEFENDANTS )                     | |

**DEFENDANTS, ROBBIE BLACKBURN AND FEDEX FREIGHT, INC.'S,
RULE 26(A)(1) DISCLOSURES**

Pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure and based upon the information reasonably available to it, Defendants FedEx Freight, Inc. and Robbie Blackburn ("Defendants") makes the following initial disclosures. By making these disclosures, Defendants does not waive their right to object to the testimony of any witness or the production or use of any document, electronically stored information, or tangible thing on the basis of privilege, the work-product doctrine, relevancy, undue burden, materiality, or any other ground. Defendants reserves the right to supplement these disclosures in accordance with Rule 26(e). Discovery is ongoing.

**I.    Rule 26(a)(1)(A)(i): Individuals likely to have discoverable information that Defendants may use to support their claims or defenses**

Based upon the information reasonably available to Defendants, and subject to Defendants' rights to amend and supplement these disclosures in accordance with Rule 26(e), Defendants disclose that the following individuals may have discoverable information that Defendants may use to support their claims or defenses:

a. Plaintiff, James Bassett, 708 West Blvd N, Columbia, Boone County, Missouri, concerning the nature of the subject accident and his claimed injuries and medical treatment;

b. A corporate representative for FedEx Freight, Inc., located at the principal place of business at 8285 Tournament Drive Building C, Memphis, Tennessee 38125;

c. Robbie Blackburn, the FedEx tractor trailer operator, 3498 Woodbury HWY, Liberty, Tennessee 37095, concerning the circumstances and nature of the subject accident;

d. Travis L. Clark, the tractor trailer operator of DC Transport LLC, located at 106 Hazel St, Milesburg, Pennsylvania 16874;

e. Kelly Anderson, Kentucky Highway Patrol, concerning his investigation of the subject accident;

f. Any and all "John Doe" witnesses at the scene who are unidentified but may or will later come forward;

g. Any and all medical records custodians needed to certify Plaintiff's treatment records;

h. Defendants reserves the right to call each and every witness listed by Plaintiff in his initial disclosures, or identified in discovery;

i. Defendants reserves the right to call witnesses, including experts, needed for rebuttal or impeachment purposes;

j. Defendants reserves the right to call additional medical providers who may have treated Plaintiff prior to the incident giving rise to this claim;

k. Defendants reserves the right to call witnesses by video or live at trial; and

    l. Defendants respectfully reserves the right to amend this list as additional information may become available.

Discovery is ongoing. Defendants reserves their rights to amend and supplement these initial disclosures in accordance with Rule 26(e).

**II. Rule 26(a)(1)(A)(ii): Documents, electronically stored information, and tangible things that Defendants may use to support their claims and defenses.**

Based upon information currently available to Defendants, and subject to Defendants' rights to amend and supplement these disclosures in accordance with Rule 26(e), Defendants discloses that they may use the following documents, electronically stored information, or tangible things in their possession or control to support their claims or defenses in this action:

    a. Kentucky Traffic Collision Report;

    b. Photographs and/or videos of the accident or the vehicles involved in the subject accident;

    c. Maps, diagrams, and sketches of the scene of the incident, including, but not limited to, those created by the parties, police, and by expert witnesses;

    d. Any and all medical records related to the Plaintiff's treatment for injuries received in the accident or other relevant conditions before and after the accident.

    e. Any and all pleadings;

    f. Documents and exhibits identified by any party;

    g. Any documents necessary for rebuttal or impeachment purposes;

    h. Defendants reserves the right to utilize any exhibit identified or listed by any party;

      i.      Defendants reserves the right to enlarge any of the exhibits that may be used at trial of this matter for purposes of clarity and presentation; and

      j.      Defendants respectfully reserves the right to amend this exhibit list as additional information may become available and for good cause shown.

The documents listed above are located with Defendants and their representatives. Defendants reserves their right to amend and supplement these initial disclosures in accordance with Rule 26(e).

### III.   Rule 26(a)(1)(A)(iii): Computation of Damages Claimed by Defendants

Rule 26.01(a)(1)(A)(iii) is not applicable because Defendants has not brought any claim for damages in this case.

### IV.   Rule 26(a)(1)(A)(iv): Insurance Agreements

The applicable declarations page will be produced concurrently with these Initial Disclosures.

Discovery is ongoing. Defendants reserves their right to amend and supplement these initial disclosures in accordance with Rule 26(e).

                      Respectfully submitted,

                      */s/ Gene F. Zipperle, Jr.*
                      GENE F. ZIPPERLE, JR.
                      KALENGA B. MAWEJA
                      WARD, HOCKER & THORNTON, PLLC
                      9300 Shelbyville Road, Suite 700
                      Louisville, Kentucky 40222
                      (502) 583-7012
                      (502) 583-7018 (Fax)
                      GZipperle@whtlaw.com
                      Kalenga.maweja@whtlaw.com
                      *Counsel for Defendants*
                      *FedEx Freight, Inc. and Robbie Blackburn*

**CERTIFICATE**

      I hereby certify that on the 28th day of March, 2022, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF System, and the foregoing document was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in the case by electronic mail including:

Kelli Lester
Morgan & Morgan, Kentucky PLLC
360 East 8th Avenue, Suite 411
Bowling Green, KY 42101
Telephone: (270) 495-6799
Facsimile: (270) 495-6836
Email: klester@forthepeople.com
*Counsel for Plaintiff*

                                                                 */s/ Gene F. Zipperle, Jr.*
                                                                 GENE F. ZIPPERLE, JR.
                                                                 KALENGA B. MAWEJA
                                                                 *Counsel for Defendants*
                                                                 *FedEx Freight, Inc. and Robbie Blackburn*

**Error! No document variable supplied.**