UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:22-cv-00005-GNS

JAMES BASSETT                                                    PLAINTIFF

v.           <u>JOINT MOTION FOR ENTRY OF STIPULATION AND ORDER OF DISMISSAL</u>
*Electronically Filed*

ROBBIE BLACKBURN and
FEDEX FREIGHT, INC. (mistakenly named
FEDERAL EXPRESS CORPORATION)              DEFENDANTS

\* \* \* \* \*

Come the parties, by counsel, and respectfully and jointly move for entry of the attached stipulation of dismissal and proposed order of dismissal.  As grounds for this motion, the parties advise the Court that they have resolved their differences, and the Court may dismiss the case from its docket as settled.

                                           HAVE SEEN AND AGREED TO BY:

<u>/s/Kelli Lester (w/permission)</u>
Kelli Lester
Morgan & Morgan, Kentucky, PLLC
360 East 8th Avenue, Suite 411
Bowling Green, KY  42101
*Counsel for Plaintiff*


<u>/s/Daniel E. Murner</u>
Daniel E. Murner
LANDRUM & SHOUSE LLP
106 W. Vine Street, Suite 800
Lexington, KY  40507
*Counsel for Defendants*

4864-5893-4714, v. 1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2024, the foregoing was filed through CM/ECF system, and was sent by e-mail to:

Kelli Lester                    ([klester@forthepeople.com](mailto:klester@forthepeople.com))
Morgan & Morgan, Kentucky, PLLC
360 East 8th Avenue, Suite 411
Bowling Green, KY  42101
*Counsel for Plaintiff*

                BY:   /s/Daniel E. Murner
                      COUNSEL FOR DEFENDANTS,
                      ROBBIE BLACKBURN AND FEDEX
                      FREIGHT, INC.