UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:22-cv-00005-GNS

JAMES BASSETT     PLAINTIFF

v.     <u>ORDER OF DISMISSAL WITH PREJUDICE</u>
*Electronically Filed*

ROBBIE BLACKBURN and
FEDEX FREIGHT, INC. (mistakenly named
FEDERAL EXPRESS CORPORATION)     DEFENDANTS

\* \* \* \* \*

The parties having filed a Joint Motion for Entry of Stipulation of Dismissal and Agreed Order of Dismissal, and the Court being otherwise advised,

IT IS HEREBY ORDERED as follows:

1. The parties' joint motion for entry of Agreed Order of Dismissal is GRANTED.

2. This action is DISMISSED, with prejudice, as settled, and STRICKEN from the Court's docket.

3. The parties shall bear their respective costs and expenses.

So ordered this: May 2, 2024

Greg N. Stivers, Chief Judge
United States District Court

4859-9880-6458, v. 1